IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael A. Mushow,                          :
                    Petitioner               :
                                             :   No.  121 C.D. 2021
           v.                                :
                                             :
Doyle and Roth Manufacturing                 :
(Workers' Compensation Appeal                :
Board)                                       :
                    Respondent               :

## ___ORDER___

AND NOW, this 30th day of June, 2022, it is ORDERED that the above-captioned opinion filed April 12, 2022, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

                                    _____
                                    PATRICIA A. McCULLOUGH, Judge